UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

  v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has reviewed the Expedited Motion to Compel Discovery, docket no. 31. Defendant may proceed to depose a designated 30(b)(6), pursuant to the Notice, within thirty (30) days of this Minute Order. The Court reserves ruling on additional 30(b)(6) depositions.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 13th day of March, 2023.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1