UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

　　　　　　Plaintiff,

　　v.

NEXEON LIMITED,

　　　　　　Defendant.

C22-1354 TSZ

MINUTE ORDER

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　Defendant's motion to seal, docket no. 40, is DENIED in part and GRANTED in part.  In the motion to seal, Defendant stated it would file under seal an unredacted Answer to Complaint and First Amended Counterclaims, and it would file a redacted version on the public docket.  However, Defendant filed only a redacted Answer to Complaint and First Amended Counterclaims, which is currently under seal.  *See* docket no. 41.  The redacted Answer to Complaint and First Amended Counterclaims should be unsealed.  Defendant shall file under seal an unredacted version of the Answer to Complaint and First Amended Counterclaims within seven (7) days of the date of this Minute Order.

　　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Dated this 6th day of July, 2023.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2