UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

  v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 64, is GRANTED, and the following materials shall remain under seal: (a) the unredacted version of the parties' Local Civil Rule 37 submission, docket no. 68; and (b) Exhibits 4–5 and 16–18 to the Declaration of Adam Pivovar and Exhibits 9–13 to the Declaration of Eric A. Lindberg, docket nos. 70–70-9. The parties are advised that, if the Court must reproduce in its rulings verbiage from any of these (or other) sealed documents, the Court will consider at that time whether such language must be made publicly available via inclusion in an unsealed order or minute order and/or the unsealing of the materials. Consistent with Local Civil Rule 5(g), the Court declines to adopt an all-or-nothing (seal or don't seal) approach, and in the future, the parties shall file appropriately redacted versions of each sealed document, along with a suitable motion or stipulated motion to seal containing a certification that they have minimized the amount of material that they propose to keep under seal. *See* LCR 5(g)(3)&(4).

(2) The parties' stipulated motion to modify case schedule, docket no. 71, is GRANTED as follows. The trial date, the pretrial conference, and all pretrial deadlines are STRICKEN and will be reset after the Court resolves the pending discovery dispute, docket nos. 65 (redacted) and 68 (sealed).

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of February, 2024.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 2