UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

  v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' respective motions to seal, docket nos. 87 and 93, are GRANTED. The parties are, however, advised that, if the Court must reproduce in its rulings verbiage from any of the sealed documents, the Court will consider at that time whether such language must be made publicly available via inclusion in an unsealed order or minute order and/or the unsealing of the materials.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 24th day of June, 2024.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1