UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

  v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant Nexeon Limited's motion to seal, docket no. 119, is GRANTED. The parties are, however, advised that, if the Court must reproduce in its rulings verbiage from any of the sealed documents, the Court will consider at that time whether such language must be made publicly available via inclusion in an unsealed order or minute order and/or the unsealing of the materials.

      (2)    The parties are further advised that redacted materials intended to be made part of the publicly-available record should not be filed under seal. *See* docket nos. 97-8, 99-2, 99-5, 102-1, 102-4, 102-6, 104, 104-1 & 131. The parties are DIRECTED to show cause within fourteen (14) days of the date of this Minute Order why the materials listed in this paragraph should not be unsealed.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 15th day of August, 2024.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1