UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DEFERS ruling on plaintiff's motion, docket no. 136, for entry of partial judgment pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff's motion is RENOTED to January 31, 2025.

(2) On or before January 31, 2025, the parties shall engage in mediation and file a Joint Status Report concerning the results of their efforts.

(3) Except for mediation-related activities, this case is STAYED pending further order of the Court.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of November, 2024.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 1