UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GROUP14 TECHNOLOGIES, INC.,

        Plaintiff,

    v.

NEXEON LIMITED,

        Defendant.

C22-1354 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered November 14, 2024, docket no. 138, the Court deferred ruling on plaintiff's motion, docket no. 136, for entry of partial judgment pursuant to Federal Rule of Civil Procedure 54(b), and directed the parties to engage in mediation by January 31, 2025. On January 30, 2025, mediator Louis D. Peterson advised that the parties participated in mediation on January 27, 2025, and the case did not resolve. *See* Notice (docket no. 139). The parties have since submitted a Joint Status Report, docket no. 142, indicating that defendant does not oppose plaintiff's motion for a Rule 54(b) certified partial judgment, and that the parties agree this matter should be stayed pending appeal. Now, therefore:

(a) Plaintiff's unopposed motion, docket no. 136, for entry of partial judgment is GRANTED. With respect to the rulings in the Order entered September 18, 2024, docket no. 134, the Court finds no just reason for delay and DIRECTS the Clerk to enter partial judgment consistent with such Order.

(b) This case is hereby STAYED, except with respect to any effort to tax costs pursuant to Local Civil Rule 54(d). The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the United States Court of Appeals for the Ninth Circuit issues a decision or by June 30, 2026, whichever occurs earlier.

MINUTE ORDER - 1

(2)   The Clerk is further directed to send a copy of this Minute Order and the Partial Judgment to all counsel of record.

Dated this 7th day of February, 2025.

Ravi Subramanian<br>
Clerk

s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2